November 20, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DENISE YVETTE POPE, Appellant

NO. 14-12-00647-CV                        V.

CYNTHIA LEONA SMITH AND DENRICK TYRONNE POPE, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 7, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Denise Yvette Pope.

We further order this decision certified below for observance.